UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ROBERT LOVE

        Plaintiff,

  v.                                                     Case No. 05-C-549

BLUE CROSS AND BLUE SHIELD
OF GEORGIA, INC.,

        Defendant.

## ORDER

      Plaintiff has filed a motion for leave to file a first amended complaint pursuant to Rule 15 of Fed. R. Civ. P. 15. Defendant does not oppose plaintiff's motion, but requests a Rule 16 status conference to discuss the possible impact the amendment may have on further proceedings in the matter.

      Based upon the foregoing, IT IS HEREBY ORDERED that the plaintiff's motion for leave to file an amended complaint is GRANTED. The clerk shall detach the amended complaint from the motion and file it forthwith. Defendant shall file its response within twenty (20) days of the date of this order.

      IT IS FURTHER ORDERED that the clerk shall set this matter for a Rule 16 telephone conference.

      Dated this   10th   day of March, 2006.

                                                               s/ William C. Griesbach
                                                               William C. Griesbach
                                                               United States District Judge